James J. Oh
Amardeep K. Bharj
Jennifer M. Horowitz
Epstein Becker & Green, P.C.
875 Third Avenue
New York, New York 10022
(212) 351-4500
Joh@ebglaw.com
abahrj@ebglaw.com
jhorowitz@ebglaw.com
*Attorneys for Defendants Hyatt Corporation,*
*Hyatt Place Franchising, LLC, and*
*Hyatt Hotels Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA MOODY, KAREENA R. GUARNERI, DAJUAN MORROW, WILLIAM PATTERSON, NATALIA RICHARDS, MARTINA ROBINSON, and DE'JAHN RUFFIN,,<br><br>        Plaintiffs,<br><br>    - against -<br><br>EMPIRE HOTEL DEVELOPMENT, INC. D/B/A HYATT PLACE POUGHKEEPSIE, HYATT CORPORATION, HYATT PLACE FRANCHISING, LLC, HYATT HOTELS CORP., and ERFRAN KHAN,<br><br>        Defendants. | 20 cv 2203 (PMH)<br><br>**ORDER OF TERMINATION OF APPEARANCE OF KEVIN R. VOZZO** |

  Defendants Hyatt Corporation, Hyatt Place Franchising, LLC, and Hyatt Hotels Corporation (collectively, the "Hyatt Defendants"), by and through their attorneys, Epstein

Becker & Green, P.C. ("EBG"), respectfully request, pursuant to Local Civil Rule 1.4, that the appearance of Kevin R. Vozzo, as counsel on their behalf be terminated.

EBG has represented Hyatt Defendants throughout the pendency of this action and continues to do so. Mr. Vozzo appeared in this action while an attorney at EBG by filing a Notice of Appearance on behalf of the Hyatt Defendants on May 15, 2020. Mr. Vozzo is no longer associated with EBG and no longer represents the Hyatt Defendants in this matter. The parties to this matter are engaged in discovery, which is currently scheduled to close July 7, 2021, with a Case Management Conference scheduled for July 14, 2021. This matter is not on the Court's trial calendar, and the termination of Mr. Vozzo will have no bearing on the posture of this action before the Court.

Defendants Hyatt Corporation, Hyatt Place Franchising, LLC, and Hyatt Hotels Corporation, therefore, respectfully request that the appearance of Kevin R. Vozzo on their behalf be terminated.

Dated: New York, New York
March 23, 2021

EPSTEIN BECKER & GREEN, P.C.

By: _____s/James J. Oh_____
James. J. Oh (admitted Pro Hac Vice)

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge

Dated:   March 25, 2021