UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMANDA MOODY, et al.,

                Plaintiffs,

v.

                                                  ORDER

EMPIRE HOTEL DEVELOPMENT, INC.,
et al.,                                             20-CV-02203 (PMH)

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared today by telephone for a conference. Upon review of the parties' joint letter-motion (Doc. 50) and Plaintiffs' supplemental letter (Doc. 53), and after hearing from the parties, the Court ruled on the parties' discovery disputes for the reasons stated and as discussed on the record.

      With respect to Plaintiffs' request for unredacted documents, Defendants represented that all documents referenced by Plaintiffs were re-produced unredacted; Defendant shall correct the missing column with bates numbers and re-send to Plaintiff today. By December 7, 2021: (1) Defendants shall serve responses to Plaintiffs' Second Set of Interrogatories; (2) Defendants shall provide the third party vendor name and address information to Plaintiffs concerning the anti-discrimination training for service of a trial subpoena if necessary; (3) the parties shall meet and confer concerning Plaintiffs' request for training materials; Plaintiffs shall identify with specificity the requested documents, and Defendants shall isolate and produce such documents to the extent they exist; and (4) file a letter concerning the status of each of the foregoing items. By December 23, 2021, Plaintiff Robinson shall produce medical records to Defendants as discussed at the conference.

      As the parties waived expert discovery, discovery in this action closed on October 21, 2021.

Defendants indicated their intent to move for summary judgment. In connection therewith, in accordance with the Court's Individual Practices, Defendants shall serve a single Rule 56.1 Statement upon Plaintiffs by January 14, 2022; Plaintiffs' responses shall be served upon Defendants by January 28, 2022; Defendants' single pre-motion letter together with the single document representing the Rule 56.1 Statement with responses shall be served and filed by February 4, 2022; and Plaintiffs' response thereto shall be served and filed by February 11, 2022.

The parties indicated their interest in settlement conferences with the assigned Magistrate Judge. The Court will separately docket an Order of Reference.

The case management conference previously scheduled for December 1, 2021 is adjourned to February 15, 2022 at 3:30 p.m. to be held via telephone using the same dial-in information as today's conference.

The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 53).

Dated: White Plains, New York
      November 23, 2021

SO ORDERED:

_____
Philip M. Halpern
United States District Judge