

**EPSTEIN BECKER GREEN**

Attorneys at Law

Jennifer M. Horowitz
t 212.351.4622
f 212.878.8600
JHorowitz@ebglaw.com

> Application granted. Briefing schedule extended as set forth herein.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 26, 2022

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**VIA ECF**

**Re:** *Moody, et al. v. Empire Hotel Development, Inc. d/b/a Hyatt Place Poughkeepsie, et al.*
Case No. 7:20-cv-2203-PMH

Dear Judge Halpern:

We represent Defendants Hyatt Corporation, Hyatt Place Franchising, LLC, and Hyatt Hotels Corporation (collectively "Hyatt"). With the consent of counsel for co-defendants Empire Hotel Development d/b/a Hyatt Place Poughkeepsie and Erfan Khan and counsel for Plaintiffs, we respectfully request a modest modification of the summary judgment briefing schedule due to exigent circumstances. Specifically, the two principal drafters of the summary judgment motion for Hyatt have been affected by Covid-19. My daughter tested positive for COVID-19 while our family was traveling internationally, and as a result, we are unable to return to the United States for an indefinite period. I currently am in quarantine overseas with my daughter. The other attorney has immediate family members who are sick with COVID-19 and for whom she is caring.

As such, we respectfully request the following modified schedule:

- June 6, 2022: Deadline for Defendants to serve summary judgment motion with supporting papers

- July 11, 2022: Deadline for Plaintiffs to serve their opposition; and

- July 27, 2022: Deadline for Defendants to serve reply and file all submissions with the Court.

We thank the Court for its time and consideration.

Page 2


Respectfully submitted,

/s/ Jennifer M. Horowitz
*Counsel for Hyatt*

cc    All counsel of record (via ECF)

FIRM:54317963v1