

EPSTEIN
BECKER
GREEN

Attorneys at Law

Amardeep Bharj
t  312.499.1411
f  312.845.1998
ABharj@ebglaw.com

> Application granted. Briefing schedule extended as set
> forth herein.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          September 23, 2022

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   ***Moody, et al. v. Empire Hotel Development, Inc. d/b/a Hyatt Place Poughkeepsie, et al.***
      **Case No. 7:20-cv-2203-PMH**

Dear Judge Halpern:

We represent Defendants Hyatt Corporation, Hyatt Place Franchising, LLC, and Hyatt Hotels Corporation (collectively "Hyatt").  With consent from counsel for Plaintiffs, we respectfully request an extension for Defendants to file their Reply Brief in Support of Their Motion for Summary Judgment.  Specifically, undersigned counsel, one of the principal drafters of Defendants' Reply, has been diagnosed with bronchitis and her 6-year old daughter is scheduled to have hernia repair surgery on September 30, 2022, which is the current deadline for filing the complete summary judgment briefing.

As such, we respectfully request an extension to file Defendants' Reply Brief in Support of the Motion for Summary Judgment until **October 14, 2022**.

We thank the Court for its time and consideration.

Respectfully submitted,

/s/ Amardeep K. Bharj
*Counsel for Hyatt*

cc:    All counsel of record (via ECF)