UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
AMANDA MOODY,                                    :
                                                 :
                Plaintiff,          :     **ORDER**
                                                 :
     - against -                                :     No. 20-CV-02203 (PMH)
                                                 :
EMPIRE HOTEL DEVELOPMENT, INC.                   :
d/b/a HYATT PLACE POUGHKEEPSIE,                  :
                                                 :
                Defendant.          :
-------------------------------------------------------------------- X

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared for an in-person pretrial conference on November 30, 2023. For the reasons set forth on the record, Defendant's motions *in limine* (Doc. 101) are GRANTED IN PART, DENIED IN PART, and RULING RESERVED IN PART. With respect to the first branch, the Court granted the motion and Plaintiff is precluded from offering evidence of actions taken by Hyatt Corporation, Hyatt Place Franchising, LLC and Hyatt Hotels Corp. with respect to Plaintiff. With respect to the fifth branch, the Court denied the motion as it will not impose a *per se* blanket ban on all documents and testimony that do not "directly relate" to Plaintiff's employment or demotion. With respect to the second, third, and fourth branches, the parties are directed to supplement their briefing as discussed on the record: Plaintiff shall file a supplement to her opposition by letter limited to 5 pages by December 18, 2023; Defendant shall file a reply by letter limited to 5 pages by January 5, 2024.

    As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the Joint Pretrial Order and file, by **January 5, 2024**, an Amended Proposed Joint Pretrial Order.

2. The Court issued its rulings which granted, granted in substance, or denied the parties' proposed Voir Dire questions. The Court circulated the proposed Voir Dire

Questionnaire. Any serious objections thereto, and any additions or deletions, in particular: any other people/places/entities that may be mentioned at trial; and names of other individuals who might be at counsel table besides those identified in the questions (like paralegals, interns, etc.), shall be set forth in a joint letter filed by **January 5, 2024.**

3. The parties shall meet and confer and file by **January 5, 2024,** a proposed brief Summary of the Case to be read to the jury pool during voir dire.

4. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **January 5, 2024**, a revised joint proposed Verdict Sheet.

5. The parties shall meet and confer regarding objections in the Proposed Jury Instructions and file, by **January 5, 2024**, Amended Proposed Jury Instructions.

6. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail.

7. Three exhibit binders containing the parties' exhibits (without duplicates), and an index listing the content of the binders shall be produced to the Court at least one week prior to trial.

8. A final pretrial conference has been scheduled for **February 6, 2024 at 12:00 p.m.**

9. Trial is scheduled to commence on **April 15, 2024**. This case must therefore be trial-ready for that date. All parties and counsel shall appear on that date at 9:00 a.m. in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601. The parties are also put on five days' trial notice.

10. The parties shall file a joint letter to Magistrate Judge Krause by **December 1, 2023** to schedule an in-person settlement conference.

See Transcript.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 101.

**SO ORDERED:**

Dated:   White Plains, New York
         November 30, 2023

_____
PHILIP M. HALPERN
United States District Judge