UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
AMANDA MOODY,

                      Plaintiff,          **ORDER**

        - against -          No. 20-CV-02203 (PMH)

EMPIRE HOTEL DEVELOPMENT, INC.
d/b/a HYATT PLACE POUGHKEEPSIE,

                    Defendant.
-------------------------------------------------------------------- X

PHILIP M. HALPERN, United States District Judge:

The parties are hereby notified that this case is now scheduled for trial beginning on February 21, 2024. This case must therefore be trial-ready for February 21, 2024. All parties and counsel shall appear on that date at 9:00 a.m. in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

The parties are directed to immediately notify the Court if they have reached a settlement.

                                        SO ORDERED:

Dated:  White Plains, New York
          February 5, 2024

                                        PHILIP M. HALPERN
                                        United States District Judge