UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
AMANDA MOODY,                                              :
                                                           :
                Plaintiff,                            :    **ORDER**
                                                           :
      - against -                                         :    No. 20-CV-02203 (PMH)
                                                           :
EMPIRE HOTEL DEVELOPMENT, INC.                             :
d/b/a HYATT PLACE POUGHKEEPSIE,                            :
                                                           :
                Defendant.                            :
-------------------------------------------------------------------- X

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared for an in-person final pretrial conference today. For the reasons set forth on the record, the balance of Defendant's motions *in limine* upon which the Court reserved ruling at the prior conference (Doc. 101; *see also* Doc. 115, Doc. 116), *i.e.*, the second, third, and fourth branches, are GRANTED. However, as explained to the parties, these rulings are subject to reconsideration depending on the record developed at trial.

    As explained more fully on the record during the appearance, the Court directs that by **February 14, 2024**, the parties:

1. Meet and confer regarding the Court's directives and instructions regarding changes to the Joint Pretrial Order and file a revised Proposed Joint Pretrial Order;

2. Meet and confer regarding changes to the proposed Verdict Sheet and file a revised joint proposed Verdict Sheet;

3. Meet and confer regarding changes to the Proposed Jury Instructions and file revised proposed Jury Instructions;

4. In addition to filing the foregoing via ECF, simultaneously e-mail, in Word format, to Chambers e-mail; and

5. Deliver to the Court three exhibit binders containing the parties' exhibits (without duplicates), and an index listing the content of the binders.

2

Trial is scheduled to commence on **February 21, 2024**. This case must therefore be trial-ready for that date. All parties and counsel shall appear on that date at 9:00 a.m. in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601. The parties shall immediately notify the Court if they have reached a settlement.

See Transcript.

                                                                          **SO ORDERED:**

Dated:   White Plains, New York
         February 6, 2024

                                                                          _____
                                                                          PHILIP M. HALPERN
                                                                          United States District Judge

2